**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:26-cv-80455-EA**

**James Scruggs,**

Plaintiff,

v.

**Genesis Educational Services of Florida, Inc.,**
a Florida Profit Corporation
d/b/a
Palm Beach Academy of Health & Beauty**,**

Defendant.
_______________________________________/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This cause came before the Court on Plaintiff James Scruggs's Motion for Entry of Default Judgment on Liability and Damages [8] and the unobjected Report and Recommendation [ECF No. 10] ("R&R") of Magistrate Judge Bruce E. Reinhart on the same. Being fully advised,

It is **ORDERED AND ADJUDGED** that,

1. The Motion for Entry of Default Judgment on Liability and Damages **[ECF No. 8]** is **GRANTED IN PART AND DENIED IN PART**.
2. The R&R **[ECF No. 10]** is **AFFIRMED.**
3. The Court will enter final default judgment in favor of Plaintiff by separate order.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 29th day of October 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Alexander Brezden Gavulic**
Sconzo Law Office, P.A.
2470 NW 46th Street
Boca Raton, FL 33431
(248) 558-9820
Email: alexander@sconzolawoffice.com

**Gregory Steven Sconzo**
Sconzo Law Office, P.A.
3825 PGA Blvd
Suite 207
Palm Beach Gardens, FL 33410
561-729-0940
Email: greg@sconzolawoffice.com

**Genesis Educational Services of Florida, Inc.**
c/o Jennifer Sanes
6951 W. Sunrise Blvd
Plantation, FL 33313
PRO SE